HMG:USAO#2018R00267

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. CCB-14-0309 |
| v. | (Interstate Transportation of Stolen Property, 18 U.S.C. § 2314; Tax Fraud, 26 U.S.C. § 7206(1); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture Notice, 18 U.S.C. § 982; 21 U.S.C. § 853) |
| **KRISTY STOCK,** | |
| Defendant. | |
| | UNDER SEAL |

...oOo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges:

On or about October 15, 2018, in the District of Maryland and elsewhere, the defendant, **KRISTY STOCK**, did unlawfully transport, transmit, and transfer in interstate commerce from New Mexico to Maryland, stolen goods, wares and merchandise, that is, Apple iPods previously purchased by the Central Consolidated School District of New Mexico, having a value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

18 U.S.C. § 2314
18 U.S.C. § 2

1

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about October 11, 2017, in the District of Maryland and elsewhere,

## KRISTY STOCK,

the defendant herein, in the District of Maryland and elsewhere, when she was a resident of Waterflow, New Mexico, did willfully make and subscribe a U.S. Income Tax Return, IRS Form 1040, for the year 2016, which was verified by a written declaration that it was made under the penalties of perjury and which she affirmed to be true and correct as to every material matter. That Form 1040, which was filed with the IRS, falsely reported total income, line 22, of $48,624, adjusted gross income, line 37, of $48,374, and total tax due, line 63, of $4,100, when the defendant then and there knew her total income, adjusted gross income, and tax due and owing were substantially more than the reported amounts due to unreported income.

26 U.S.C. § 7206(1)
18 U.S.C. § 2

## FORFEITURE

1. The allegations contained in Count One are realleged and incorporated here for the purpose of alleging forfeiture.

2. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982, in the event of the defendant's conviction under Count One of the Information.

3. As a result of the offense set forth in Count One, the defendant,

**KRISTY STOCK,**

shall forfeit to the United States any and all property constituting, or derived from proceeds obtained directly or indirectly as a result of such violations, including all interest and proceeds traceable thereto.

## SUBSTITUTE ASSETS

4. If any of the proceeds described in this Information as being subject to forfeiture, as a result of any act or omission of the defendant,

**KRISTY STOCK,**

(a) cannot be located upon the exercise of diligence;

(b) has been transferred, or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to Title 18, United States Code § 981, Title 21, United States Code § 853, to seek forfeiture of any other property of the defendant.

18 U.S.C. § 982
21 U.S.C. § 853

6/21/19
Date

Robert K. Hur /hg
ROBERT K. HUR
UNITED STATES ATTORNEY

4