## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *          **Criminal No. CCB-19-309**
                                             **(Sealed Matter)**

KRISTY STOCK                      *

                                  *

                                  *

                                  *

                                  *

*     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

Comes now Ms. Kristy Stock, by and through her undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland and Christian Bryan Lassiter, Assistant Federal Public Defender, hereby moves this Honorable Court, to temporarily modify the current release conditions and authorize Ms. Stock to travel outside the District of New Mexico for a family vacation on the dates and times listed below.  In support of the motion, Ms. Stock states:

1)      Ms. Stock remains released on pretrial release with standard conditions.  Ms. Stock is residing with her niece and nephew and their children at her home in the District of New Mexico. To date, Ms. Stock has been in compliance with the conditions of her release.

2)      Ms. Stock has a pre-planned trips out of the District of New Mexico to Salt Lake City, Utah.  The trip is scheduled for May 8, 2021 – May 15, 2021.  Ms. Stock is to travel Salt Lake City, Utah for vacation.

3)      Ms. Stock has cleared the above vacation with her supervising Pretrial Services in

the District of New Mexico and has local approval, pending this motion.

4)      United States Probation Officer Helen Domico has no objection to Ms. Stock's

proposed temporary modification.   Assistant United States Attorney Harry Gruber defers to

Pretrial Services and this Court.

5)      Ms. Stock respectfully asks that this Court exercise its discretion and permit her to

travel for the pre-planned vacation.  In the alternative, she requests this Court hold a hearing on

this issue.

WHEREFORE, Ms. Stock requests that this Court grant the permission sought by this

unopposed motion to travel or grant her a hearing on the issue.


JAMES WYDA
Federal Public Defender
for the District of Maryland


_____/S/_____
CHRISTIAN BRYAN LASSITER, #805576
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email:  christian_lassiter@fd.org